# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 111 WAL 2014
:
                        Respondent : 
                                   : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court
            v.                     :
                                   :
                                   :
                                   :
THOMAS R. RODMAN,                  :
                                   :
                        Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.